# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America for the Use and Benefit of Coastal Roofing Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> P. Browne & Associates, Inc., Paul R. Browne, Fred Anthony, The Broadband Companies, and Hartford Fire Insurance Company, <br><br> Defendants. | C.A. No.: 2:07-3008-PMD <br><br> **ORDER** |

This matter is before the court on Plaintiff Coastal Roofing Company, Inc.'s ("Coastal") motion to alter or amend judgment and motion to stay execution of the judgment. Also before the court is Defendants Fred Anthony and The Broadband Companies' ("Defendants") motion to alter and amend judgment. After considering the arguments set forth in Coastal's motion to alter and amend judgment, the court denies that motion. The court also denies Defendants' motion to alter and amend judgment, and the court's judgment will remain as originally entered. Finally, the court denies Coastal's motion to stay execution of the judgment insofar as it attempts to seek the court's stay without posting the supersedeas bond required pursuant to Federal Rule of Civil Procedure 62(d). If Coastal hopes to stay the execution of the judgment of this court, it must comply with all applicable rules and statutes.

Therefore, it is ordered that Plaintiff Coastal Roofing Company, Inc.'s motion to alter or amend judgment and Defendants Fred Anthony and The Broadband Companies' ("Defendants") motion to alter and amend judgment are **DENIED**. It is further ordered that Plaintiff Coastal Roofing Company, Inc.'s motion to stay execution of judgment is **DENIED**, but the court grants Plaintiff leave to re-file its motion in accordance with the rules and statutes permitting such action to be taken.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

**February 23, 2010**
**Charleston, SC**